Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
### September 21, 2015

Name of Offender: **William K Cornette**

Case Number: **2:15CR00316**

Name of Sentencing Judicial Officer: **Honorable Duross Fitzpatrick**

Date of Original Sentence: **March 31, 2003**

Original Offense: **Bank Robbery**

Original Sentence: **180 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 14, 2015**

Date Jurisdiction Transferred to District of Nevada: **September 8, 2015**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **No Contact Condition** - You shall not have contact, directly or indirectly, associate with, or be within 500 feet of Lori Marchasi, their residence or business, and if confronted by in a public place, you shall immediately remove yourself from the area.

## CAUSE

On July 20, 2015, the probation department received a complaint from Lori Marchasi, the offender's estranges girlfriend. She reported that Mr. Cornette had taken advantage of her sexually while she was intoxicated. She was advised to contact the police and report the incident.

**RE: William K Cornette**

Prob12B
D/NV Form
Rev. June 2014

A criminal records check has been completed and to date there has been no new charges filed against Mr. Cornette. Also, Mr. Cornette does not have a history of this type of behavior.

On August 6, 2015, a non-compliance meeting was held with Mr. Cornette. He was presented with a waiver of a hearing to modify his conditions of probation to include the additional conditions of: No contact condition. Mr. Cornette was in agreement with this proposal and he signed the waiver (please see attached). Our office has admonished Cornette for his behavior, referred him to counseling, will continue to monitor his behavior, and provide the Court with any new information regarding Mr. Cornette's interactions with the victim or criminal charges.

Should the Court have any questions or concerns, the undersigned probation office will be available at the Court's convenience.

Respectfully submitted,

_____
Patrick Sumansky
United States Probation Officer

Approved:

_____
Robert Aquino
Supervisory United States Probation Officer

RE: **William K Cornette**

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---

---

---

_____
Signature of Judicial Officer

_December 11, 2015_
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **No Contact Condition** - You shall not have contact, directly or indirectly, associate with, or be within 500 feet of Lori Marchasi, their residence or business, and if confronted by in a public place, you shall immediately remove yourself from the area.

Witness _____  Signed _____
U.S. Probation Officer                              Probationer or Supervised Releasee

8/6/15
Date